IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS J. ST. CLAIR, | CIVIL ACTION - LAW |
| Plaintiff, | No. 2:25-cv-00171 |
| v. | |
| SOMERSET COUNTY JAIL; SOMERSET COUNTY; PRIMECARE MEDICAL, INC.; BRIAN PELESKY; DAVID KROUSE; JOHN DOE #1; and JOHN DOE #2, | |
| Defendants. | |

## NOTICE OF REMOVAL

Defendants, SOMERSET COUNTY JAIL, SOMERSET COUNTY, BRIAN PELESKY and DAVID KROUSE, pursuant to 28 U.S.C. §§ 1331 (Federal Question), 1441 (Removal of Civil Actions) and 1446 (Procedure for Removal of Civil Actions), hereby removes the lawsuit captioned *NICHOLAS J. ST. CLAIR v. SOMERSET COUNTY JAIL; SOMERSET COUNTY; PRIMECARE MEDICAL, INC.; BRIAN PELESKY; DAVID KROUSE; JOHN DOE #1; and JOHN DOE #2* filed at No. 2024-50828 in the Court of Common Pleas of Somerset County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania based upon the following:

1. On December 24, 2024, Plaintiff filed a Complaint in the Court of Common Pleas of Somerset County, Pennsylvania, at No. 2024-50828 in the case captioned *NICHOLAS J. ST. CLAIR v. SOMERSET COUNTY JAIL; SOMERSET COUNTY; PRIMECARE MEDICAL, INC.; BRIAN PELESKY; DAVID KROUSE; JOHN DOE #1; and JOHN DOE #2* setting forth allegations relating to his incarceration at the Somerset County Jail in November 2024. Plaintiff is proceeding in forma pauperis. (A copy of the state court Civil Case Detail Report is attached hereto, incorporated

herein, and marked as Exhibit "A" and a copy of the Complaint is attached hereto, incorporated herein, and marked as Exhibit "B").[1]

2. This civil action is removable from the state court to this Court pursuant to 28 U.S.C. § 1441.

3. The time for removal has not expired because the Notice of Removal has been filed within thirty days of January 7, 2025, the date on which removing Defendants were served with the Complaint and the earliest date these Defendants could have first received the Complaint with the allegations which indicate that federal jurisdiction is proper. *See* 28 U.S.C. § 1446(b).

4. Plaintiff's Complaint seeks damages based on civil rights theories. *See* Exhibit B.

5. Specifically, Plaintiff alleges violations of the First Amendment and the Eighth Amendment of the United States Constitution pursuant to 42 U.S.C. § 1983. *Id*.

6. This federal court has jurisdiction over causes of action based on 42 U.S.C. § 1983.

7. This is a civil action in which this Court has original jurisdiction pursuant to 42 U.S.C. § 1331 because there is a federal question arising under the Constitution and laws of the United States. *See* 28 U.S.C. § 1331.

---

[1] Exhibits A and B are copies of all process, pleadings, and orders served upon removing Defendants in this action, in conformity with 28 U.S.C. § 1446(a).

8. As required by 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the Western District of Pennsylvania because it is the United States District Court for the district and division within which the state court action being removed is pending.

9. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

10. All served Defendants consent to this removal. Removing Defendants consent to the removal of this civil action as evidenced by the signature of their counsel on this Notice of Removal. John R. Ninosky of Marshall Dennehey, P.C. has entered his appearance on behalf of Defendant, PrimeCare Medical, Inc. Counsel for Defendant, PrimeCare Medical Inc., also consents to this removal.

11. In compliance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being promptly given to Plaintiff, and a copy of this Notice of Removal is being promptly filed with the Prothonotary of the Court of Common Pleas of Somerset County in the form attached hereto as Exhibit "C".

12. True, correct and complete copies of this Notice of Removal (with exhibits) and the Notice of Filing of Notice of Removal (Ex. C) have been served on Plaintiff through United States mail and on counsel for Defendant, PrimeCare Medical, Inc., electronically.

WHEREFORE, Defendants, SOMERSET COUNTY JAIL, SOMERSET COUNTY, BRIAN PELESKY and DAVID KROUSE, remove the civil action filed in the Court of Common Pleas of Somerset County, Pennsylvania, at No. 2024-50828 to this Court.

Respectfully submitted,

JONESPASSODELIS, PLLC

By: s/Maria N. Pipak
   MARIA N. PIPAK, Esquire
   PA I.D. #317450
   E-Mail: mpipak@jonespassodelis.com

   MARIE MILIE JONES, Esquire
   PA I.D. #49711
   E-Mail: mjones@jonespassodelis.com

   LUKE A. TORRANCE, Esquire
   PA I.D. #336394
   E-Mail: ltorrance@jonespassodelis.com

   Fifth Avenue Place
   120 Fifth Avenue, Suite 26300
   Pittsburgh, PA 15222
   Phone: (412) 315-7272
   Fax: (412) 315-7273

   Counsel for Defendants,
   SOMERSET COUNTY JAIL, SOMERSET COUNTY,
   BRIAN PELESKY and DAVID KROUSE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded to pro se Plaintiff and all counsel of record by:

   __X__   U.S. First Class Mail, Postage Paid
   _____   Hand Delivery
   _____   Certified Mail, Return Receipt Requested
   __X__   E-Mail
   _____   Facsimile Transmittal
   _____   UPS Delivery
   _____   Electronic Filing / Service

at the following address:

**VIA U.S. FIRST CLASS MAIL, POSTAGE PREPAID**
Nicholas St. Clair
Somerset County Jail
127 East Fairview Street
Somerset, PA 15501
*(Pro Se Plaintiff)*

**VIA E-MAIL TO: jrninosky@mdwcg.com**
John R. Ninosky, Esquire
MARSHALL DENNEHEY, P.C.
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
*(Counsel for Defendant, PrimeCare Medical, Inc.)*

JONESPASSODELIS, PLLC

Dated: February 6, 2025        s/Maria N. Pipak
                                      MARIA N. PIPAK, Esquire
                                      MARIE MILIE JONES, Esquire
                                      LUKE A. TORRANCE, Esquire

Counsel for Defendants,
SOMERSET COUNTY JAIL, SOMERSET COUNTY,
BRIAN PELESKY and DAVID KROUSE

{W0337577.1}